

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00206-CR

**EX PARTE** Juan P. **TORRES**

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR10332W
Honorable Christine Del Prado, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's order denying appellant's application for post-conviction writ of habeas corpus is AFFIRMED.

SIGNED August 13, 2025.

_____
Irene Rios, Justice